UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

World Fuel Services (Singapore) PTE Ltd.
d/b/a Bunkerfuels,

    Plaintiff,

vs.                                                                         CASE NO.:

Allied Maritime, Inc.,

    Defendants.
_____/

## COMPLAINT

Plaintiff, World Fuel Services (Singapore) PTE Ltd. d/b/a Bunkerfuels ("Plaintiff"), by and through its undersigned attorneys, hereby sues Allied Maritime, Inc. ("Defendant"), and alleges:

### Parties and Jurisdiction

1. Plaintiff, at all relevant times, is a commercial entity with its principal place of business at 238 A, Thomson Road #17-03, Novena Square Tower A, Singapore 307684.

2. Defendant, is believed to be a foreign corporation or similar entity formed under the laws Greece, with its address at 3 Drosini Street, Voula, Athens 16673, Greece.

3. At all times material, Defendant owned, operated and/or managed the motor vessel *RAINBOW*.

4. This is an action within the admiralty and maritime jurisdiction of this Court as contemplated by 28 U.S.C. § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

5. This matter is properly before this Court based upon the forum selection clause contained in the General Terms and Conditions incorporated in the relevant sales agreements.

## General Allegations

6. The Plaintiff's business, directly or via its local agents, consists of supplying marine fuel ("bunkers") worldwide.

7. On or about January 24, 2012, Plaintiff fulfilled a bunker order for Defendant (through vendor Caltex Oil (SA) (Pty) (Ltd) d/b/a Caltex South Africa (Pty) Ltd.). Specifically, bunkers were supplied to the M/V *RAINBOW* in the port of Cape Town, South Africa.

8. On or about January 27, 2012 the Plaintiff issued invoice #159458-31501 for the amount of USD $421,000.84.

9. To date, Defendant has failed to make any payment towards the sum outstanding as listed above.

10. Specifically, together with interest and contractual expenses, the total charge for the above transactions is USD $528,777.06 as of December 28, 2012, not including legal fees.

## Action

### Count I: BREACH OF MARITIME CONTRACT

11. Plaintiff restates and incorporates Paragraphs 1 through 10 above as though fully set forth herein.

12. Plaintiff entered into the aforementioned sales contracts with Defendant as described in the general allegations section above.

13. Plaintiff has fully performed its obligations under the contract.

14. Defendant failed to pay and as a result materially breached its duty under the contract.

15. As a result of Defendant's breach of contract the Plaintiff has sustained damages in the amount of USD $528,777.06 as of December 28, 2012, not including legal fees.. Further, Plaintiff was obliged to retain the law firms of Lewis & Co. AARPI, 14 Avenue d'Eylau, 75116 Paris, France and Hamilton, Miller & Birthisel, LLP, 100 South Ashley Drive, Suite 1210, Tampa, Florida 33602, to protect its interest hereunder and will become responsible for paying reasonable attorneys' fees and costs incurred herein.

16. In addition to the above amounts, the Plaintiff is entitled to interest, costs and fees in amounts which will be proven at trial.

WHEREFORE, Plaintiff requests an entry of judgment against Defendant for the aforesaid damages, plus pre and post judgment interest, costs and attorneys' fees and for such other and further relief deemed just and proper.

## Count II: ACCOUNT STATED

17. Plaintiff restates and incorporates Paragraphs 1 through 16 above as though fully set forth herein.

18. Before institution of this action, Plaintiff and Defendant had business transactions between them and agreed to the resulting balances set forth in the general allegations section above.

19. Plaintiff rendered statements to the Defendant, to which the Defendant did not object.

20. Defendant owes Plaintiff USD $528,777.06 that is due with interest as of December 28, 2012, not including legal fees.

21. Further, Plaintiff was obliged to retain the law firms of Lewis & Co. AARPI, 14 Avenue d'Eylau, 75116 Paris, France and Hamilton, Miller & Birthisel, LLP, 100 South Ashley

Drive, Suite 1210, Tampa, Florida 33602, to protect its interest hereunder and will become responsible for paying reasonable attorneys' fees and costs incurred herein.

22. In addition to the above amounts, the Plaintiff is entitled to interest, costs and fees in amounts which will be proven at trial.

WHEREFORE, Plaintiff requests an entry of judgment against Defendant for the aforesaid damages, plus pre and post judgment interest, costs and attorneys' fees and for such other and further relief deemed just and proper. In addition to the above amounts, the Plaintiff is entitled to interest and costs and fees in amounts which will be proven at trial.

Respectfully submitted,

/s/ Jules V. Massee
**ROBERT B. BIRTHISEL**
Florida Bar No.: 906654
rbirthisel@hamiltonmillerlaw.com
**MICHAEL J. BRADFORD**
Florida Bar Number:   0184314
mbradford@hamiltonmillerlaw.com
**JULES V. MASSEE**
Florida Bar No.: 41554
jmassee@hamiltonmillerlaw.com
**CHRISTOPHER F. HAMILTON**
Florida Bar No.: 98527
chamilton@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP.
100 South Ashley St., Suite 1210
Tampa, FL 33602
Phone: (813) 223-1900
Fax: (813) 223-1933
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this December 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                               /s/ Jules V. Massee
                                              Attorney